## GARFIELD COLEMAN *v.* DEPARTMENT OF CORRECTION
### (15848)

Landau, Schaller and Shea, Js.

Argued March 5—officially released April 1, 1997

Per Curiam. The judgment is affirmed.

## HENRY M. BALAVENDER ET AL. *v.* LEONARD C. PARE
### (15647)

Dupont, C. J., and O'Connell and Hennessy, Js.

Submitted on briefs March 6—officially released April 1, 1997

Per Curiam. The judgment is affirmed.

## WILLIAM F. THOMPSON *v.* DEPARTMENT OF SPECIAL REVENUE SERVICES
### (15866)

Dupont, C. J., and O'Connell and Hennessy, Js.

Submitted on briefs March 6—officially released April 8, 1997

Per Curiam. The decision of the workers' compensation review board is affirmed.